Michael Taheny, Appellee, v. The Catholic Bishop of Chicago, Appellant.

Gen. No. 40,805.

·Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940; rehearing denied April 22, 1940. Sheehan & Egan, for appellant; Roy J. Egan, of counsel; Edward J. Kowalski, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''